IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil Action WMN-02-3237 |
| | : | |
| $10,887.00 U.S. CURRENCY | : | |

**MEMORANDUM**

Before the Court is the government's Motion for Stay of Proceedings (Paper No. 4). The government filed a Verified Complaint for Forfeiture on or about October 2, 2002, alleging that Defendant property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A). The government now moves for a stay of discovery proceedings pending the resolution of parallel criminal investigations against Margaret and William Anthony Benbow and their tax business, MZBC, Inc. The government argues that the discovery process in this case would interfere with its criminal investigation and anticipated criminal prosecution should indictments be returned at a subsequent date by the grand jury. No opposition has been filed. The Court determines that the motion to stay should be granted, for the reasons stated in the motion. A separate order consistent with this memorandum will issue.

William M. Nickerson
Senior United States District Judge

Dated: November 7, 2002