IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Civil Action WMN-02-3237 |
| $10,887.00 U.S. CURRENCY | : |

**ORDER**

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 7th day of November, 2002, by the United States District Court for the District of Maryland,

ORDERED:

1. That the government's Motion for Stay of Proceedings (Paper No. 4) is GRANTED;

2. That this action is hereby stayed pending resolution of the criminal investigations of Margaret and William Anthony Benbow and their tax business;

3. That this action is administratively closed; and

4. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
Senior United States District Judge