IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | Case No. WMN 02 CV 2018 |
| v. | * | |
| $17,930.19 IN U.S. CURRENCY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MZBC, INC.'S CONSENT TO FORFEITURE

MZBC, Inc. ("MZBC"), by its undersigned attorney, consents to the forfeiture of the $17,930.19 in U.S. currency at issue in this matter, and relinquishes all right, title and interest therein.

Respectfully submitted,

_Caroline Ciraolo_
Caroline D. Ciraolo (Fed. Bar # 11850)
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street - Suite 2000
Baltimore, Maryland 21202
(410) 547-7163
*Counsel for MZBC, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on **October 22, 2003**, a copy of the foregoing was **sent via facsimile** (410) 962.3124 to: Steven H. Levin, Assistant U.S. Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

_Caroline Ciraolo_
Caroline D. Ciraolo

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | Case No. WMN 02 CV 3237 |
| v. | * | |
| $10,887.00 IN U.S. CURRENCY | * | |
| Defendant | * | |

* * * * * * * * * * * * *

### MZBC, INC.'S CONSENT TO FORFEITURE

MZBC, Inc. ("MZBC"), by its undersigned attorney, consents to the forfeiture of the $10,887 in U.S. currency at issue in this matter, and relinquishes all right, title and interest therein.

Respectfully submitted,

*Caroline Ciraolo*

Caroline D. Ciraolo (Fed Bar #11850)
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street - Suite 2000
Baltimore, Maryland 21202
(410) 547-7163
*Counsel for MZBC, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on **October 22, 2003**, a copy of the foregoing was **sent via facsimile** (410) 962.3124 to: Steven H. Levin, Assistant U.S. Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

*Caroline Ciraolo*

Caroline D. Ciraolo



**THE BALTIMORE SUN**
BALTIMORE, MARYLAND 21278-0001



RECEIVED
U.S. MARSHAL
BALTIMORE, MD

2002 OCT 17 A 9: 24

October 11 20.02.

WE HEREBY CERTIFY, that the annexed advertisement of

AD NO.: 28767
US DEPT OF JUSTICE
US MARSHAL JOHNNY L HUGHES
101 W LOMBARD ST #6115
BALTIMORE          MD 21201

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore ...10/11/02

The Baltimore Sun Company,

By ...........

7331

---

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, U.S. v. $....87.00 U.S. CURRENCY, United States Marshal Service for the District of Maryland, arrested on October 7, 2002, said property described under Civil Docket No. AMD 02 CV 3237 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and 18 U.S.C. § 1341, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Christine Manuelian, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.
JOHNNY L. HUGHES,
United States Marshal.

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, U.S. v. $17,930.19 U.S. CURRENCY, United States Marshal Service for the District of Maryland, arrested on October 2, 2002, said property described under Civil Docket No. WMN-02-2018 and filed with the Clerk of the Court for the District of Maryland for violation of 18 U.S.C. § 1341, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Christine Manuelian, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.
JOHNNY L. HUGHES,
United States Marshal.

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

...ooOoo...

DECLARATION REGARDING CIRCULATION

I, Jennifer Helphenstine, certify that I am the Call Center Manager for The Baltimore Sun newspaper, that I am familiar with the circulation information pertaining to The Baltimore Sun, and that The Baltimore Sun is a newspaper of general circulation in every county in the state of Maryland. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/6/01
Date

Jennifer Helphenstine