IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NOS. WMN-02-2018 |
| | * | WMN-02-3237 |
| $17,930.19 U.S. CURRENCY, and | * | |
| $10,887.00 U.S. CURRENCY, | * | |
| Defendants. | * | |

* * * * * * *

## FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 3rd day of November ~~October~~ 2003, that:

The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2  The time for the filing of any claim to contest this forfeiture has expired;

3.  The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C Section 2465;

4  The defendant property is condemned and all rights, title, and interest of William Anthony Benbow, Margaret Benbow and MZ Biddy Consulting a/k/a MZBC, Inc, and any and all other persons is **HEREBY FORFEITED** to the United States of America

5  The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the Consents annexed to the government's motion

6  The clerk of the court shall provide copies of this order to counsel of record

_____
William M. Nickerson
United States District Judge